

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Rahul Agarwal*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, New Jersey 07102

Direct Dial: (973) 297-4395
Facsimile: (973) 297-2006

January 26, 2020

Via E-Mail

Honorable Katharine S. Hayden
Senior United States District Judge
District of New Jersey
Frank Lautenberg U.S. Courthouse &
 Post Office Bldg
Newark, New Jersey 07101

   Re: United States v. Eudy Ramos
     Criminal No. 19-198 (KSH)

Dear Judge Hayden:

  The Government respectfully requests an adjournment of at least 90 days of the sentencing that is currently scheduled in this matter for January 28, 2020 at 2 PM.

           Respectfully submitted,

           CRAIG CARPENITO
           United States Attorney

           s/Rahul Agarwal

           BY: RAHUL AGARWAL
           Assistant U.S. Attorney

cc: Miles Feinstein, Esq.