DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Criminal No. 19-198 |
|---|---|
| v. | |
| EUDY RAMOS | **SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |
| Defendant(s). | |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant EUDY RAMOS.

Date: August 4, 2022

PHILIP R. SELLINGER
United States Attorney

By: Jihee G. Suh
Assistant U.S. Attorney